IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NOE PATINO-ARROYO,

     Petitioner,

v.                                                                    No. 1:26-cv-00091-KG-DLM

KRISTI NOEM, et al.,

     Respondents.

## ORDER TO ANSWER

Petitioner Noe Patino-Arroyo filed a petition for writ of habeas corpus under 28 U.S.C.

§ 2241 on January 17, 2026.  Doc. 1.  The Court orders Respondents to file an answer within 10

business days of service of the petition.  The Clerk shall send a courtesy copy of this Order and

the Petition to the U.S. Attorney's Office at the following email address:

USANM.Civil.Immigration@usdoj.gov.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been
  electronically filed. To verify its authenticity,
  please refer to the Digital File Stamp on the
  NEF (Notice of Electronic Filing)
  accompanying this document.  Electronically
  filed documents can be found on the Court's
  PACER public access system.